JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-09199-RGK-E; 2:18-cv-08220-RGK-E; 2:18-cv-03736-RGK-E; 2:18-cv-06175-RGK-E; 2:18-cv-09144-RGK-E | Date | January 14, 2021 |
|---|---|---|---|
| Title | *Angel Omar Alvarez et al v. XPO Logistics Cartage, LLC et al* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (IN CHAMBERS) Order Closing Case No. 2:19-cv-09199-RGK-E; 2:18-cv-06175-RGK-E; and 2:18-cv-09144-RGK-E

On June 3, 2020, this Court issued an Order granting the parties' stipulation to reconsolidate the five related cases in this action. The Court consolidated the cases as follows:

First, 2:19-cv-09199-RGK-E, *Edgardo Villatoro et al. v. XPO Logistics Port Services, LLC et al.* ("*Villatoro*") and 2:18-cv-08220-RGK-E, *Victor Cortes Arrellano et al. v. XPO Port Service Inc.* ("*Arrellano*") were consolidated into the lowest-numbered case: 18-cv-08220—the *Arellano* case.

Second, Case No. 2:18-cv-03736-RGK-E, *Angel Omar Alvarez et al. v. XPO Logistics Cartage, LLC et al.* ("*Alvarez*"), Case No. 2:18-cv-06175-RGK-E, *Jairo Moreno Martinez et al. v. XPO Logistics Cartage, LLC et al.* ("*Martinez*"), and Case No. 2:18-cv-09144-RGK-E, *Edgar Mendoza v. XPO Logistics Cartage, LLC et al.* ("*Mendoza*") were consolidated into the lowest-numbered case: 18-cv-03736—the *Alvarez* case.

Because the cases had been consolidated, the Court ordered the parties to show cause ("OSC") in writing by June 16, 2020 why the other cases—2:19-cv-09199-RGK-E *Vilatoro*; 2:18-cv-06175-RGK-E *Martinez*; and 2:18-cv-09144-RGK-E *Mendoza*—should not closed. (*Villatoro*, ECF No. 27; *Martinez*, ECF No. 52; *Mendoza*, ECF No. 45).

Plaintiffs filed a response to the OSC in the *Villatoro* docket, agreeing that Case No. 2:19-cv-09199-RGK-E should be closed. (OSC Response in *Villatoro* Docket, ECF No. 28). No filings were made directly in the *Martinez* or *Mendoza* docket. But Plaintiffs filed a response to the OSC in the *Alvarez* docket and agreed that Case No. 2:18-cv-06175-RGK-E and 2:18-cv-09144-RGK-E should also be closed. (OSC Response in *Alvarez* Docket, ECF No. 273).

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-09199-RGK-E; 2:18-cv-08220-RGK-E; 2:18-cv-03736-RGK-E; 2:18-cv-06175-RGK-E; 2:18-cv-09144-RGK-E | Date | January 14, 2021 |
|---|---|---|---|
| Title | *Angel Omar Alvarez et al v. XPO Logistics Cartage, LLC et al* | | |

Based on these responses, the Court orders Case No. 2:19-cv-09199-RGK-E; Case No. 2:18-cv-06175-RGK-E; and Case No. 2:18-cv-09144-RGK-E closed.

**IT IS SO ORDERED.**

                                                                               _____ : _____

Initials of Preparer